UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DIANNE V. PEASLEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-00011-JAW |
| | ) | |
| DARRYL BROWN, SR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION**

On January 22, 2024, Dianne V. Peaslee filed a civil action against Darryl Brown, Sr., Darryl Brown, Jr., and Brown's Exit 27 Salvage, alleging the Defendants violated various federal and Maine statutes, as well as a provision of the Code of Federal Regulations, by failing to disclose and instead covering up significant damages to the property at 105 Togus Road, Chelsea, Maine (105 Togus Road), which Ms. Peaslee purchased from the Defendants. *Compl. for a Civil Case* (ECF No. 1). Ms. Peaslee sought the release of the deed for 105 Togus Road, as well as compensatory and punitive damages. *Id.* at 5-6.

On April 22, 2024, the Magistrate Judge, after reviewing Ms. Peaslee's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B),[1] issued a recommended decision,

---

[1]   28 U.S.C. § 1915(e)(2)(B) requires courts, in cases where the plaintiff proceeds *in forma pauperis*, to dismiss the case upon a determination that "the action or appeal" "is frivolous or malicious," "fails to state a claim on which relief may be granted," or "seeks monetary relief against a defendant who is immune from such relief."  The Magistrate Judge granted Ms. Peaslee's motion to proceed *in forma pauperis* on January 23, 2024, making the provisions of 28 U.S.C. § 1915 applicable. *See Order* (ECF No. 5).

recommending that the Court dismiss Ms. Peaslee's complaint. *Recommended Decision After Prelim. Review* (ECF No. 8). Ms. Peaslee did not object.

The Court reviewed and considered the Magistrate Judge's recommended decision, together with the entire record. The Court made a de novo determination of all matters adjudicated by the Magistrate Judge's recommended decision, and concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in her recommended decision.[2] Accordingly, the Court dismisses Ms. Peaslee's complaint.

1. The Court therefore ORDERS that the Magistrate Judge's Recommended Decision After Preliminary Review (ECF No. 8) be and hereby is AFFIRMED.

2. The Court further ORDERS that Dianne V. Peaslee's Complaint for a Civil Case (ECF No. 1) be and hereby is DISMISSED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 6th day of June, 2024

---

[2] Whether the complaint is dismissed because of lack of subject matter jurisdiction or failure to state a claim upon which relief can be granted, the result is the same.